UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILGUENSON JOLCIN,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PAMELA BONDI, Attorney General, U.S. Department of Justice,<br><br>                                    Respondents. | Case No.: 26-cv-1875-JES-MMP<br><br>**ORDER DISMISSING PETITION AS MOOT**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Wilguenson Jolcin's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on March 24, 2026. ECF No. 1. On March 20, 2026, a separate petition was filed by an immigration detainee with the same name and immigration identification number, raising nearly identical claims. *See Jolcin v. Noem et al.*, No. 3:26-cv-01786-JES-BJW (S.D. Cal. Mar. 20, 2026). On March

1

30, the Court issued a final order in Petitioner's other petition granting release. *See Jolcin v. Noem et al.*, No. 3:26-cv-01786-JES-BJW at ECF No. 5. Petitioner now moves to dismiss this action as moot. ECF No. 4.

Because the relief requested in this Petition is granted in the other petition, the Court **GRANTS** the motion and **DISMISSES** this Petition as moot. The Clerk of the Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

26-cv-1875-JES-MMP